**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD BEASON**                                                             **PETITIONER**

**VS.**                     **NO. 5:07-CV-00235-BSM-BD**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                         **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner's petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED this 6th day of May, 2009.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE