**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD BEASON**                                                                                    **PETITIONER**

**VS.**                    **NO. 5:07-CV-00235-BSM-BD**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED this 6th day of May, 2009.

                                                                   _/s/ Brian S. Miller_
                                                           UNITED STATES DISTRICT JUDGE